Daniel Henry **DEMMERLE, II,**
Complainant,

v.

**KENTUCKY BAR
ASSOCIATION, Respondent.**

No. 90–SC–731–KB.

Supreme Court of Kentucky.

Dec. 27, 1990.

ORDER

The application of the complainant, Daniel Henry Demmerle, II, to be reinstated to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.510.

ENTERED: December 27, 1990.

/s/ Robert F. Stephens
Chief Justice